IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM G. PEACOCK,

    Petitioner,

v.                                          Civil Action No. 3:16CV847

HAROLD CLARKE,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on November 17, 2016, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address. On April 26, 2017, the United States Postal Service returned to the Court a consent to the jurisdiction of magistrate form marked, "RETURN TO SENDER," because Petitioner apparently relocated. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                     /s/
                                          M. Hannah Lauck
                                          United States District Judge

Date: MAY 25 2017
Richmond, Virginia